In the Matter of GERALD BB. and Others, Children Alleged to be Permanently Neglected. SCHENECTADY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHEILA CC., Appellant. (And Other Proceedings.)

Submitted March 2, 2009; decided March 31, 2009

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 703 (2008)].

Chief Judge LIPPMAN taking no part.

In the Matter of MICHAEL S. HALE, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Decided March 31, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous judgment of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

In the Matter of JOHN D. JUSTICE, Appellant, v GEORGE B. ALEXANDER, as Chairman of the New York State Division of Parole, Respondent.

Submitted January 26, 2009; decided March 31, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.